UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| WILLIAM VIRGIL STANFIELD, | ) | Case No. 22-20337-JRS |
| | ) | |
| Debtor. | ) | Judge Sacca |
| | ) | |
| KAPITUS SERVICING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM VIRGIL STANFIELD, | ) | Adversary Proceeding |
| | ) | No. 23-2003 |
| Defendant/Counterclaim Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KAPITUS SERVICING, INC. Counterclaim Defendant, | ) | |
| | ) | |
| and GLOBAL RESOURCES, LLC, Counterclaim Defendant and Third-Party Defendant. | ) | |

STIPULATION EXTENDING TIME
TO RESPOND TO MOTION

COME NOW William Virgil Stanfield, Counterclaim Plaintiff, and Kapitus Servicing, Inc., Counterclaim Defendant, and stipulate and agree pursuant to Bankruptcy Local Rule 9006-1 that the deadline by which William Virgil Stanfield may respond to the Motion to Dismiss Defendants Counterclaims, Motion To Strike Affirmative Defenses,

KC:4893-4059-7111:1

and, in the Alternative, Motion for More Definitive Statement [Docket No. 29] in the above-referenced adversary proceeding is extended through and until August 24, 2023. This is the first extension of time to respond to the Motion sought or agreed to by the parties to this stipulation.

This 15th day of August, 2023.

        KELLEY & CLEMENTS LLP

By:    */s/ Charles N. Kelley, Jr.*
       Charles N. Kelley, Jr.
       Georgia State Bar No. 412212
       ckelley@kelleyclements.com

Counsel for William Virgil Stanfield

Post Office Box 2758
Gainesville, Georgia 30503-2758
(770) 531–0007
ckelley@kelleyclements.com

        CARLTON FIELDS, P.A.

By:    */s/ Justan C. Bounds*
       Justan C. Bounds
       Georgia State Bar No. 339789
       jbounds@carltonfields.com

Signed by Charles Kelley with permission

Counsel for Kapitus Servicing, Inc.

1201 West Peachtree St, Ste 3000
Atlanta, Georgia 30309
(404) 815-3400

KC:4893-4059-7111:1

## CERTIFICATE OF SERVICE

I hereby certify that I did this day file the above and foregoing Stipulation with the Court via its CM/ECF System, which will provide electronic notice to all parties entitled to notice.

This 15th day of August, 2023.

                KELLEY & CLEMENTS LLP

By:   */s/ Charles N. Kelley, Jr.*
       Charles N. Kelley, Jr.
       Georgia State Bar No. 412212
       ckelley@kelleyclements.com

Counsel for William Virgil Stanfield

PO Box 2758
Gainesville, Georgia 30503
(770) 531-0007

KC:4893-4059-7111:1