

**IT IS ORDERED as set forth below:**

**Date: August 22, 2023**

_____
**James R. Sacca**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| WILLIAM VIRGIL STANFIELD, | ) | Case No. 22-20337-JRS |
| | ) | |
| Debtor. | ) | Judge Sacca |
| | ) | |

| | | |
|---|---|---|
| KAPITUS SERVICING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM VIRGIL STANFIELD, | ) | |
| | ) | Adversary Proceeding |
| Defendant/Counterclaim Plaintiff, | ) | No. 23-2003 |
| | ) | |
| v. | ) | |
| | ) | |
| KAPITUS SERVICING, INC. Counterclaim | ) | |
| Defendant, | ) | |
| | ) | |
| and GLOBAL RESOURCES, LLC, Counterclaim | ) | |
| Defendant and Third-Party Defendant. | ) | |

ORDER GRANTING DEFENDANT'S MOTION TO
ADD GLOBAL RESOURCES, LLC AS COUNTERCLAIM
DEFENDANT, AUTHORIZING THE ISSUANCE OF A SUMMONS
TO GLOBAL RESOURCES, LLC, AND GRANTING RELATED RELIEF

The Debtor's Motion to Add Global Resources, LLC as Counterclaim Defendant [Docket No. 24] came on for hearing on August 17, 2023. Present at the hearing either in person or by video conference were Charles N. Kelley, Jr., counsel for William Virgil Stanfield; Howard P. Slomka, counsel for Global Resources, LLC; and Justan C. Bounds, counsel for Kapitus Servicing, Inc. At the call of the case for hearing, counsel for the parties announced they had reached a consensual resolution of the Motion. The Court has considered all matters of record in this adversary proceeding. It appears to the Court that the parties consent to the entry of this Order and that there is otherwise good cause for the entry of this Order. Accordingly, it is hereby ORDERED as follows:

1.     The Motion is GRANTED, subject to the further terms of this Order, and Global Resources, LLC is added to this matter as a counterclaim defendant.

2.     The clerk is authorized and directed to issue a summons directed to Global Resources, LLC, requiring it to file a motion or answer to the counterclaim asserted by Mr. Stanfield within thirty (30) days of the issuance of the summons.

3.     The deadline for Mr. Stanfield to respond to the Motion to Dismiss Defendants Counterclaims, Motion To Strike Affirmative Defenses, and, in the Alternative, Motion for More Definitive Statement [Docket No. 29] of Kapitus Servicing, Inc. is extended until two weeks following the filing of a Motion to Dismiss by Global Resources, LLC. If Global Resources, LLC does not file a Motion to Dismiss said deadline is extended to two weeks following the filing of an answer to the counterclaim by Global Resources, LLC.

KC:4856-8182-4880:4

4.      Nothing in this Order shall require Kapitus Servicing, LLC to refile or modify its

pending Motion [Docket No. 29].

5.      As a condition to the consent to this Motion by Global Resources, LLC, Mr. Stanfield

has stipulated and agreed that there is no privity of contract between Global Resources, LLC and

himself.

6.      With the exception of the stipulation contained in the preceding paragraph, the terms

of this Order are without prejudice to the rights of any party to assert any factual or legal position

in this adversary proceeding.

END OF DOCUMENT

Prepared and presented by:

/s/ Charles N. Kelley, Jr.
Charles N. Kelley, Jr.
Georgia State Bar No. 412212
ckelley@kelleyclements.com
KELLEY & CLEMENTS LLP
PO Box 2758
Gainesville, Georgia 30503
(770) 531-0007

Counsel for Defendant

Consented to by:

/s/ Howard P. Slomka
Howard P. Slomka
Georgia State Bar No. 652875
howie@slomka.us
6400 Powers Ferry Road, NW, Suite 200
Atlanta, Georgia 30339
(770) 856-5793

Counsel for Global Resources, LLC
signed by Charles Kelley with permission

Consented to by:

/s/ Justan C. Bounds
Justan C. Bounds
Georgia State Bar No. 339789
jbounds@carltonfields.com
CARLTON FIELDS, P.A.
1201 West Peachtree St, Ste 3000
Atlanta, Georgia 30309
(404) 815-3400

Counsel for Kapitus Servicing, Inc.
Signed by Charles Kelley with permission

DISTRIBUTION LIST

Charles N. Kelley, Jr.
KELLEY & CLEMENTS LLP
PO Box 2758
Gainesville, Georgia 30503

Howard P. Slomka
6400 Powers Ferry Road, NW, Suite 200
Atlanta, Georgia 30339

Justan C. Bounds
CARLTON FIELDS, P.A.
1201 West Peachtree St, Ste 3000
Atlanta, Georgia 30309