## U.S. Bankruptcy Court
## Northern District of Georgia

In re:

                                        Bankruptcy Case No. **22–20337–jrs**

**WILLIAM VIRGIL STANFIELD**

                           Debtor

                                        Adversary Proceeding No. **23–02003–jrs**

**KAPITUS SERVICING, INC. AS AUTHORIZED SERVICING PROVIDER FOR KAPITUS, LLC**

                           Plaintiff

v.

**WILLIAM VIRGIL STANFIELD**

                         Defendant

*SUMMONS IN AN ADVERSARY PROCEEDING*

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summon to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

**Address of Clerk**

    Clerk, U.S. Bankruptcy Court
    121 Spring Street SE
    Room 120 Federal Building
    Gainesville GA 30501

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney**

    Justan C. Bounds
    1201 W Peachtree Street
    Suite 3000
    Atlanta, GA 30309
    USA

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Date Issued:*                                                  *Vania S. Allen, Clerk of Court*

**08/22/2023**

