UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

In re:

| | |
|---|---|
| William Virgil Stanfield, | Chapter 13 |
| Debtor. | Case No.: 22-20337-JRS |
| Kapitus Servicing, Inc. as servicing agent for Kapitus LLC | Ad. Pro. No.: 23-2003-JRS |
| Plaintiff, | |
| v. | |
| William Virgil Stanfield, | |
| Defendant/Counterclaim Plaintiff | |
| v. | |
| Kapitus Servicing, Inc. | |
| Counterclaim Defendant, and | |
| Global Resources, LLC, Counterclaim Defendant and Third-Party Defendant. | |

**CONSENT MOTION TO EXTEND DEADLINES**

WILLIAM VIRGIL STANFIELD ("Defendant"), Defendant in the above-referenced matter, Plaintiff KAPITUS SERVICING INC, and Counterclaim Defendant GLOBAL RESOURCES LLC file this Motion to Extend Deadlines ("Motion") as follows:

1

1. The Parties had previously been discussing the possibility of settlement and have now agreed to mediation ("Mediation"). The parties believe that Mediation may quickly resolve this matter saving this Court's judicial resources.

2. The parties have, concurrently with this Motion, submitted a Joint Motion Requesting Mediation.

3. Accordingly, the Parties respectfully request this Court toll all current deadlines from the date of the Order until the completion of mediation and extend the same deadlines by an additional ninety (90) days.

WHEREFORE, the Parties respectfully request this Court toll all current deadlines from the date of the Order until the completion of mediation and extend the same deadlines by an additional ninety (90) days, or such period of time as the Court may deem appropriate; and for such other and further relief as the Court deems just and proper.

Respectfully submitted and stipulated to this 12th day of June 2024

/s/ CHARLES N. KELLEY, JR.
Charles N. Kelley, Jr.
GA Bar No: 412212
Attorney for Debtor
KELLEY & CLEMENTS LLP
PO Box 2758
Gainesville, Georgia 30503
ckelley@kelleyclements.com

/s/ HOWARD P. SLOMKA
Howard P. Slomka, Esq.
Georgia Bar No. 652875
Attorney for Counterclaim Defendant
HOWARD SLOMKA, PC
6400 Powers Ferry Road NW, Suite 200
Atlanta, Georgia 30339
Howie@Slomka.us

/s/ JUSTAN BOUNDS
Justan Bounds, Esq
GA Bar No: 339789
Attorney for Plaintiff
CARLTON FIELDS
One Atlantic Center
1201 W. Peachtree Street, Suite 3000
Atlanta, GA 30309
jbounds@carltonfields.com

## CERTIFICATE OF SERVICE

      This is to certify that I have on this day electronically filed the foregoing Consent Motion to Extend Deadlines using the Bankruptcy Court's Electronic Case Filing program, which sends notice of this document and any accompanying link to the document to all parties associated with this case under the Bankruptcy Court's Electronic Case Filing program.

                                                /s/ Justan Bounds
                                                Justan Bounds, Esq
                                                GA Bar No: 339789